ACCEPTED
04-12-00630-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 4:14:56 PM
KEITH HOTTLE
CLERK

# CROFTS & CALLAWAY

SHARON E. CALLAWAY*

THOMAS H. CROFTS, JR.*
  OF COUNSEL

*BOARD CERTIFIED, CIVIL APPELLATE LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

613 N.W. LOOP 410
SUITE 800
SAN ANTONIO, TEXAS 78216-5509

TELEPHONE
(210)**?**-**?**01

TELECOPIER
(210)**?**-8490

WRITER'S E-MAIL ADDRESS:
sharonc@ccappellate.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/29/2015 4:14:56 PM
KEITH E. HOTTLE
Clerk

May 29, 2015

Mr. Keith E. Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> Re: No. 04-12-00630-CV
> *The Huff Energy Fund, L.P., et al. v.*
> *Longview Energy Company*

Dear Mr. Hottle:

Pursuant to the Court's May 26, 2015 order, Appellants will share their allotted time for argument as follows:

Opening:
  30 minutes — Sharon E. Callaway arguing on behalf of all appellants regarding the liability issues and the monetary award of $95.5 million.
  15 minutes — Thomas R. Phillips arguing on behalf of Riley-Huff Energy Group, LLC regarding the constructive trust.

Rebuttal:
  10 minutes — Callaway
  10 minutes — Phillips

Sincerely,

*/s/ Sharon E. Callaway*
Sharon E. Callaway

cc:  Mr. Mikal C. Watts             Mr. Randy D. Gordon
      Mr. Francisco Guerra, IV      Mr. Stacy R. Obenhaus
      Mr. Craig B. Florence         Ms. Rachel Kingray